**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MEIJER, INC.                          :
    and                               :
MEIJER DISTRIBUTION, INC.,            :
                                      :
        Plaintiffs,                   :
                                      :
    v.                                : Civil Action No. 03-2075 (JR)
                                      :
BIOVAIL CORPORATION,                  :
                                      :
        Defendant.                    :

**ORDER**

For the reasons stated in the accompanying memorandum, the defendant's motion for summary judgment [#9] is **granted.**


                                JAMES ROBERTSON
                           United States District Judge